Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.

In the Matter of VIRGINIA J. ST. GERMAIN et al., Petitioners, v. ZONING BOARD OF APPEALS OF THE TOWN OF PARIS, Respondent.—

Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.

In the Matter of the Claim of ESTHER STERN, as Administratrix of the Estate of BARNEY ROTHSCHILD, Deceased, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Present — Goldman, P. J., Marsh, Moule, Bastow and Henry, JJ.